UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Georgia Charland,<br><br>      Plaintiff,<br><br>  -against-<br><br>Frank Bisignano, Commissioner of Social Security,<br><br>      Defendant. | 25-cv-8382 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff filed a complaint challenging the decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income benefits for a lack of disability. Dkt. 1. Plaintiff's complaint alleges that she resides in the County of Suffolk. Dkt. 1 ¶ 4.

  The County of Suffolk lies outside of the jurisdiction of this Court, within the jurisdiction of the Eastern District of New York. 28 U.S.C. § 112. Parties seeking to challenge the decision of the Commissioner of Social Security must file an action in "the judicial district in which the plaintiff resides, or has h[er] principal place of business." 42 U.S.C. § 405(g).

  By October 24, 2025, plaintiff is ordered to either (1) seek transfer of the action to the Eastern District of New York or (2) amend her complaint to allege why this court has jurisdiction.

  SO ORDERED.

Dated: October 14, 2025
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge