UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGIA CHARLAND,

                    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

**NOTICE OF MOTION FOR TRANSFER OF ACTION**

Civ. Action No. 1:25-cv-08382-AS

---

      Plaintiff, through undersigned counsel, moves to transfer this action to the United States District Court for the Eastern District of New York, due to improper venue pursuant to 28 U.S.C. § 1406. Attached hereto is an affidavit of counsel setting forth the circumstances.

Respectfully submitted,

Dated: October 14, 2025

/s/ Ida M. Comerford
Ida M. Comerford, Esq.
Hiller Comerford Injury & Disability Law
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
(716)564-3288
Email: icomerford@hillercomerford.com

GRANTED.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 20, 2025

1